IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FERNANDO MURILLO, | NO. C 02-3264 JW |
| Petitioner(s), | **ORDER DENYING CERTIFICATE OF APPEALABILITY** |
| v. | |
| JOSEPH L. MCGRATH, Warden | |
| Respondent(s). | |

Petitioner Fernando Murillo initiated this suit on July 9, 2002. On March 4, 2003, the Court denied Petitioner's motion for appointment of counsel as premature, and extended the time to file an application to proceed in forma pauperis. In April of 2003, Petitioner filed a motion for leave to proceed in forma pauperis together with a certificate of funds in his prisoner account. On May 7, 2003, the Court denied Petitioner's motion to proceed in forma pauperis and motion for appointment of counsel, and ordered Petitioner to pay the filing fee within thirty days.

On February 10, 2004, the Court dismissed the action based upon Petitioner's failure to pay the filing fee, and entered judgment. Over a year later, on August 24, 2005, Petitioner filed a notice of appeal.

A petitioner may not appeal a final order in a federal habeas corpus proceeding without first obtaining a certificate of appealability (formerly known as a certificate of probable cause to appeal). 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). A judge shall grant a certificate of appealability "only if

P:\PRO-SE\SJ.Jw\Hc.02\murillo3264coa.wpd

the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate must indicate which issues satisfy this standard. <u>See</u> <u>id.</u> § 2253(c)(3).

As stated above, the Court dismissed the instant petition for failure to file the filing fee. Accordingly, the Court DENIES the certificate of appealability.

The Clerk shall transmit the file, including a copy of this order, to the Court of Appeals. <u>See</u> Fed. R. App. P. 22(b).[1]

Dated: April __, 2006

                JAMES WARE
                United States District Judge

---

[1] Petitioner may then ask the Court of Appeals to issue the certificate, <u>see</u> Fed. R. App. P. 22(b)(1), or if he does not, the notice of appeal will be construed as such a request, <u>see</u> Fed. R. App. P. 22(b)(2).

P:\PRO-SE\SJ.Jw\Hc.02\murillo3264coa.wpd      2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Fernando Murillo
P-33479
High Desert State Prison
P. O. Box 3030
Susanville, Ca 96127-3030

Gregory A. Ott
Seth K. Schalit
Attorney General's Office
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102

**Dated: April __, 2006**               **Richard W. Wieking, Clerk**

                                        **By:  /s/JW Chambers**
                                              **Melissa Peralta**
                                              **Courtroom Deputy**

P:\PRO-SE\SJ.Jw\Hc.02\murillo3264coa.wpd